UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GLEN WILKOFSKY, | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | No. 5:22-cv-1424 |
| | : | |
| AMERICAN FEDERATION OF MUSICIANS, LOCAL 45, and ALLENTOWN SYMPHONY ASSOCIATION INC, | : : : : | |
|     Defendants. | : | |

**O R D E R**

**AND NOW**, this 29th day of June, 2022, upon consideration of Defendants' motions to dismiss, Plaintiff's response in opposition, Defendants' replies, and for the reasons given in the Opinion issued this date, **IT IS HEREBY ORDERED AS FOLLOWS**:

1. Defendants' motions, ECF Nos. 6 and 11, are **GRANTED**;

2. Plaintiff's Complaint is **DISMISSED without prejudice**[1]; and

3. Plaintiff has **14 days from the date of this Order** to file an amended complaint if he wishes to re-plead his dismissed claim.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge

---

[1] The Court dismisses the Complaint without prejudice because it cannot determine at this time whether an amendment would be futile.